# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  Ferenbach, Vincent C. | 2. Court or Organization  U. S. District Court, Nevada | 3. Date of Report  03/22/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U. S. Magistrate Judge - Full Time | 5a. Report Type (check appropriate type)  ☐ Nomination    Date  ☐ Initial    ✔ Annual    ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2020  **to**  12/31/2020 |

**7. Chambers or Office Address**

Lloyd D. George U. S. Courthouse
333 Las Vegas Boulevard South
Room #3005
Las Vegas, NV 89101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | ▓▓▓ Trust (Revocable Trust for Estate Planning Purposes, ▓▓▓▓▓▓ ) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ferenbach, Vincent C. | 03/22/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 01/01/20 | Legal Aid Center of Southern Nevada - Salary (employed full time) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ferenbach, Vincent C. | 03/22/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ferenbach, Vincent C.** | 03/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Bank of America Checking/Money Market Accounts | A | Interest | M | T | | | | | |
| 2.  ▓▓▓ Trust - U. S. Trust Account (H) | | | | | | | | | |
| 3.  Cash or Cash Equivalents | A | Interest | K | T | | | | | |
| 4.  Columbia Dividend Income Fund Class Z Shares | A | Dividend | K | T | | | | | |
| 5.  Columbia Large Cap Growth Fund | | None | K | T | | | | | |
| 6.  Touchstone Sands Cap Select Growth Fund | | None | K | T | | | | | |
| 7.  Columbia Mid Cap Index Fund Class Z Shares | A | Dividend | K | T | | | | | |
| 8.  Clearbridge Small Cap Growth Fund CL Y | | None | K | T | | | | | |
| 9.  Artisan International Fund | A | Dividend | K | T | | | | | |
| 10. Ishares MSCI Emerging Markets ETF | A | Dividend | | | Sold | 04/14/20 | J | A | |
| 11. Columbia Intermediate Municipal Bond Fund Class Z Shares | A | Interest | J | T | | | | | |
| 12. Columbia High Yield Municipal FD Class Z Shares | A | Interest | J | T | | | | | |
| 13. Pimco All Asset Fund Inst CL | A | Dividend | J | T | | | | | |
| 14. Testamentary Trust - U. S. Trust Account (H) | | | | | | | | | |
| 15. Cash or Cash Equivalwent | A | Interest | J | T | | | | | |
| 16. SPDR S&P 500 EFT TR UNIT SER 1 Ticker: SPY | A | Dividend | L | T | Buy | 01/28/20 | K | | |
| 17. | | | | | Buy (add'l) | 02/27/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ferenbach, Vincent C. | 03/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A — Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B — Income during reporting period | | C — Gross value at end of reporting period | | D — Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 03/04/20 | J | | |
| 19. | | | | | Buy (add'l) | 03/26/20 | J | | |
| 20. ISHARES RUSSELL MID-CAP ETF Ticker: IWR | A | Dividend | K | T | Buy | 01/28/20 | J | | |
| 21. | | | | | Buy (add'l) | 02/27/20 | J | | |
| 22. | | | | | Buy (add'l) | 03/04/20 | J | | |
| 23. ISHARES RUSSELL 2000 ETF Ticker: IWM | A | Dividend | K | T | Buy | 01/28/20 | J | | |
| 24. | | | | | Buy (add'l) | 02/27/20 | J | | |
| 25. | | | | | Buy (add'l) | 03/04/20 | J | | |
| 26. ISHARES MSCI EMERGING MARKETS ETF | A | Dividend | J | T | Buy | 01/28/20 | J | | |
| 27. | | | | | Buy (add'l) | 03/04/20 | J | | |
| 28. ISHARES SHORT TERM NATL AMT-FREE MUNI BOND ETF | A | Dividend | J | T | Buy | 01/28/20 | J | | |
| 29. | | | | | Buy | 02/27/20 | J | | |
| 30. Merrill Edge Roth IRA(H) | | | | | | | | | |
| 31. SPDR S&P 500 ETF TRUST :SPY | A | Dividend | L | T | Buy | 02/27/20 | L | | |
| 32. VANGUARD TOTAL BOND MKT: BND | A | Interest | K | T | Buy | 06/08/20 | K | | |
| 33. VANGUARD S&P 500 GROWTH: VOOG | A | Dividend | L | T | Buy | 03/12/20 | L | | |
| 34. Life Insurance Trust (H) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ferenbach, Vincent C.** | 03/22/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Bank of America Account Cash Equivalent | A | Interest | J | T | | | | | |
| 36. New York Life - Whole Life #1 | C | Dividend | M | T | | | | | |
| 37. Held Individually (H) | | | | | | | | | |
| 38. New York Life - Whole Life #2 | B | Dividend | L | T | | | | | |
| 39. USAA SUBSCRIBER SAVINGS ACCOUNT | A | Distribution | J | U | | | | | |
| 40. Shares - Pocono Mountain Bluestone Corporation | | None | L | W | | | | | |
| 41. ▨ 403(b) Account with Mutual of America(H) | | | | | | | | | |
| 42. Mutual of America Moderate Allocation Fund | | None | M | T | Buy (add'l) | 01/15/20 | J | | |
| 43. | | | | | Buy (add'l) | 01/31/20 | J | | |
| 44. | | | | | Buy (add'l) | 02/15/20 | J | | |
| 45. | | | | | Buy (add'l) | 02/28/20 | J | | |
| 46. | | | | | Buy (add'l) | 03/13/20 | J | | |
| 47. | | | | | Buy (add'l) | 03/31/20 | J | | |
| 48. | | | | | Buy (add'l) | 04/15/20 | J | | |
| 49. | | | | | Buy (add'l) | 04/30/20 | J | | |
| 50. | | | | | Buy (add'l) | 05/15/20 | J | | |
| 51. | | | | | Buy (add'l) | 05/29/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ferenbach, Vincent C. | 03/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 06/15/20 | J | | |
| 53. | | | | | Buy<br>(add'l) | 06/30/20 | J | | |
| 54. | | | | | Buy<br>(add'l) | 07/15/20 | J | | |
| 55. | | | | | Buy<br>(add'l) | 08/15/20 | J | | |
| 56. | | | | | Buy<br>(add'l) | 08/31/20 | J | | |
| 57. | | | | | Buy<br>(add'l) | 09/15/20 | J | | |
| 58. | | | | | Buy<br>(add'l) | 09/30/20 | J | | |
| 59. | | | | | Buy<br>(add'l) | 10/15/20 | J | | |
| 60. | | | | | Buy<br>(add'l) | 10/30/20 | J | | |
| 61. | | | | | Buy<br>(add'l) | 11/13/20 | J | | |
| 62. | | | | | Buy<br>(add'l) | 11/30/20 | J | | |
| 63. | | | | | Buy<br>(add'l) | 12/15/20 | J | | |
| 64. | | | | | Buy<br>(add'l) | 12/31/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ferenbach, Vincent C.** | 03/22/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Vincent C. Ferenbach**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544